# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ADVANTAGE INSURANCE SERVICES INC. and ROBERT ROMANO, ) ) ) | |
| Plaintiffs, ) ) | Case No. 3:23-cv-00821 |
| v. ) ) ) | Judge William L. Campbell, Jr. Magistrate Judge Alistair Newbern |
| THOMAS ROULE and KELLY ROULE, ) ) | |
| Defendants. ) ) | |

## ORDER DENYING MOTION FOR ENTRY OF DEFAULT

Pending is Plaintiff's Motion for Entry of Default against Thomas Daniel Maxwell pursuant to Federal Rule of Civil Procedure 55(a) (Doc. No. 32). For the following reasons, Plaintiff's Motion is **DENIED** without prejudice.

Pursuant to Local Rule 55.01,

> Motions for entry of default under Fed. R. Civ. P. 55(a) must be accompanied by an unsworn declaration under penalty of perjury under 28 U.S.C. § 1746 verifying, among other things, (i) proof of service; (ii) the opposing party's failure to plead or otherwise defend; *(iii) if the opposing party is an individual, that the opposing party is not a minor or incompetent person*; *and (iv) if the opposing party is an individual, that the opposing party is not in the military service, as required by 50 U.S.C. § 3931(b)(1).* Evidence from the Defense Manpower Data Center, or other reliable source, confirming that the opposing party is not in the military service must be appended to the unsworn declaration.

L.R. 55.01 (emphasis added). Plaintiff submits the Declaration of Kyle L. Flynn in support of its Motion. (Doc. No. 32 at PageID #: 150). Plaintiff has satisfied all prongs of Local Rule 55.01 except for 55.01(iii) and (iv). Mr. Flynn's Declaration does not provide any information regarding the age or competency of Defendants or their military status. Accordingly, Plaintiff's

1

Motion for Entry of Default (Doc. No. 32) is **DENIED** without prejudice to refiling with additional information sufficient to satisfy all elements of Local Rule 55.01.

s/ Lynda M. Hill
Lynda M. Hill
Clerk of Court