# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ADVANTAGE INSURANCE SERVICES, INC., ET AL., ) ) ) | |
| Plaintiffs, ) | NO. 3:23-cv-00821 |
| ) | |
| v. ) ) | JUDGE CAMPBELL MAGISTRATE JUDGE NEWBERN |
| THOMAS ROULE, ET AL., ) ) | |
| Defendants. ) | |

## ORDER

Pending before the Court is Plaintiff's Second Supplement in Support of its Motion for Default Judgment. (Doc. No. 75).

The Clerk entered default against Defendants on May 23, 2024. (Doc. No. 38). As set forth in its February 12, 2025 Order (Doc. No. 72), the Court granted Plaintiffs' motion for default judgment as to liability on Plaintiffs' claims for fraud, civil conspiracy to commit fraud, breach of fiduciary duty, conversion, negligent misrepresentation, interference with contract, and breach of oral contract. However, Plaintiffs' motion for default judgment failed to provide evidence from which the Court could conclude that the amount of damages sought by Plaintiffs was reasonable. Accordingly, the Court gave Plaintiffs additional time to file evidentiary support for their claimed damages, which they have done by filing two supplements to their motion (Doc. Nos. 73, 75).

Plaintiffs seek an award of $328,824.04 and post-judgment interest pursuant to 28 U.S.C. § 1961. In support of the monetary award, Plaintiffs submitted a chart of monthly commissions withheld by Plaintiffs' former insurance carrier, Erie Insurance (Doc. No. 75-1), copies of Plaintiffs' bank statements before Erie began withholding commissions (Doc. No. 75-2), a declaration of Plaintiff Robert Romano, the owner of Advantage Insurance Services, Inc.

("Advantage") (Doc. No. 75-3), two letters from Erie to Advantage in June 2023 advising that Erie had initiated a hold on commissions payable to Plaintiff (Doc. Nos. 75-4, 75-5), and emails from Erie to Advantage regarding amounts of monthly commissions withheld (Doc. Nos. 75-6, 75-7, 75-8).

The additional evidentiary documentation provided by Plaintiffs establish that before Erie's discovery of Defendants' misconduct, Advantage received regular monthly commission payments from Erie. (Doc. No. 75-3 ¶ 5). The record also establishes that Erie has withheld all commissions due to Advantage since May 2023 as a result of Defendants' fraudulent conduct. (*Id.* ¶ 7). Upon discovering Defendants' misconduct, Erie terminated its relationship with Advantage. (*Id.* ¶ 10).

The second supplement submitted by Plaintiffs is sufficient to adequately support a basis for the requested default judgment amount and demonstrates that the amount requested by Plaintiffs is reasonable and that there is a legitimate basis for the damages award.

Accordingly, Plaintiffs' motion for default judgment (Doc. No. 43) is **GRANTED** pursuant to Fed. R. Civ. P. 55(b)(2). Judgment is hereby entered in favor of Plaintiffs against Defendants in the amount of $328,824.04, in addition to post-judgment interest pursuant to 28 U.S.C. § 1961.

This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE